AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MARIO VIANA
dob: 12/17/85

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1673-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March of 2004 until the present in Essex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) knowingly and in reckless disregard, bring aliens into the United States and did knowingly conduct, control, manage, supervise direct and own all or part of an unlicensed money transmitting business

in violation of Title 8 United States Code, Section(s) 1324(a)(2)(B)(ii) and 18 USC Section 1960(a).

I further state that I am a(n) Special Agent and that this complaint is based on the following
                                    Official Title

facts:

See Attached Affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

6-22-05                                        at    Boston, Massachusetts
Date                                                 City and State

CHARLES B. SWARTWOOD III
CHIEF UNITED STATES MAGISTRATE JUDGE    _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.