AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Mario Viana

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

*filed in open court 6/30/05*

Case Number: 05-1673-CBS

I, __MARIO VIANA__, charged in a (complaint) (petition) pending in this District with _____ in violation of Title _____, U.S.C., _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Mario Viana_
Defendant

06/30/05
Date

_Roger A. Cox_
Counsel for Defendant